AUDREY STRAUSS
Acting United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2614/2799
Fax: (212) 637-2686
E-mail: rebecca.friedman@usdoj.gov
        alexander.hogan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V., a minor child, and G.C., his father, | |
| Plaintiffs, | 20 Civ. 5747 (PAE) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant's Motion to Dismiss Plaintiffs' Complaint, and the supporting declarations,

Defendant, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern

District of New York, hereby move this Court for an order dismissing this action under Fed. R.

Civ. P. 12(b)(1) and 12(b)(6).

Dated:  New York, New York
       October 16, 2020

                                      AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York
                                        *Attorney for Defendant*

      By:         */s/  Rebecca R. Friedman*
                                        REBECCA R. FRIEDMAN
                                        ALEXANDER J. HOGAN
                                        Assistant United States Attorneys
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Telephone:  (212) 637-2614/2799
                                        Facsimile:   (212) 637-2686
                                        E-mail: rebecca.friedman@usdoj.gov
                                                      alexander.hogan@usdoj.gov

2