

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

December 8, 2020

<u>BY ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *D.J.C.V., et al. v. United States*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

      Plaintiffs in the above-captioned case write the Court to respectfully request a modification of the briefing schedule in order to facilitate the participation of potential *amici curiae* who wish to submit briefs in support of Plaintiffs' opposition to the pending motion to dismiss. Pursuant to the Court's October 26, 2020 order, Plaintiffs' opposition is due today, December 8, 2020, which will be timely filed, and the Government's reply brief is due on January 8, 2021. (Dkt. 28.) Plaintiffs respectfully request that *amici* wishing to make submissions be granted permission to file motions for leave to file *amicus* briefs, along with their briefs, on or by December 22, 2020. Plaintiffs respectfully submit that the contributions of *amici* will assist the parties and the Court in resolving the important and complex issues in this case.

      The Government has taken no position on this request other than if *amicus* filings are made, it requests that the Government's deadline to file its reply brief in further support of its dismissal motion be extended to January 22, 2021, and the pages afforded to the Government for its reply brief will be 25, so that it may respond to any *amicus* filings. Plaintiffs do not object to the Government's proposal. Plaintiffs therefore request the following schedule:

- December 8, 2020:    Plaintiffs' Opposition
- December 22, 2020:    *Amicus* submissions
- January 22, 2021:    Government's Reply

      We appreciate the Court's attention to this request. This is Plaintiffs' second request for an adjournment of the briefing schedule.

December 8, 2020
Page 2

        Respectfully submitted,

        /s/ Baher Azmy

        Baher Azmy
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, NY 10012
        +1.212.614.6464
        +1.212.614.6499
        bazmy@ccrjustice.org

        *Attorneys for Plaintiffs D.J.C.V., minor child, and G.C.*

Granted.  The Government's request to file a 25-page reply brief is also granted.  SO ORDERED.

*[Signature]*
PAUL A. ENGELMAYER
United States District Judge
12/8/2020