# Morgan Lewis

**Lily G. Becker**
Associate
+1.215.963.5055
lily.becker@morganlewis.com

December 15, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *D.J.C.V., et al. v. United States of America*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

We represent Plaintiffs D.J.C.V., a minor child, and G.C., his father, in the above-captioned action. Plaintiffs filed a Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint on December 8, 2020. *See* Dkt. 32. Plaintiffs inadvertently included a footer on the cover page that contains confidential information. Pursuant to Rule 21.7(b) in the Electronic Case Filing Rules and Instructions for the United States District Court of the Southern District of New York, Plaintiffs write to request that Dkt. 32 be sealed, and that Plaintiffs be permitted to refile the opposition brief without the footer containing confidential information on the cover page.

Plaintiffs thank the Court for its attention to this matter.

Respectfully,


Lily G. Becker


cc: Alexander J. Hogan, Assistant United States Attorney
     Rebecca R. Friedman, Assistant United States Attorney