UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.J.C.V., a minor child, and G.C., his father,

                            Plaintiffs,

-v-

UNITED STATES OF AMERICA,

                            Defendant.

20 Civ. 5747 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court will hold oral argument in this case on Monday, February 8, 2021, at 2:00 p.m., on the defendant's pending motion to dismiss.[1] This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.  SO ORDERED.

                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge

Dated: December 23, 2020
       New York, New York

---

[1] In the event that the Court is notified in advance of the argument date of ongoing settlement discussions and/or a potential change of position by any party, the Court will be receptive to a reasonable adjournment of the argument date to facilitate these developments.