

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 18, 2021

BY ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *D.J.C.V., et al. v. United States of America*
              No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

      This Office represents the United States of America in the above-captioned action. On October 16, 2020, Defendant filed a declaration in support of its motion to dismiss. *See* Dkt. No. 25. This declaration contained two exhibits, both of which reference Plaintiff G.C. by his full name. At the request of Plaintiffs, Defendant writes to respectfully request that this docket entry be sealed, and that Defendant be permitted to refile this document with this personal information redacted. The Court granted similar relief to Plaintiffs on December 16, 2020. *See* Dkt. Nos. 33, 34.

      I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s/ *Alexander J. Hogan*
ALEXANDER J. HOGAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2799
E-mail: alexander.hogan@usdoj.gov

Granted.
SO ORDERED.

*Paul A. Engelmayer* (signature)
_____
PAUL A. ENGELMAYER
United States District Judge

March 19, 2021