**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 11, 2021

BY ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *D.J.C.V., et al. v. United States of America*
           No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

    This Office represents the Government in the above-captioned action. On May 10, 2021, the Court granted the parties' request to stay this action pending settlement discussions and directed the parties to file a status report by June 11, 2021. *See* Dkt. No. 94. The parties write to respectfully request that the stay be continued and that the parties be permitted to provide a further status update to the Court within 60 days. Plaintiff and the Department of Justice continue to have substantive, meaningful discussions with respect to the potential settlement of this action. However, as the Court is aware, this action raises significant issues that require input from multiple stakeholders. Accordingly, the parties respectfully request that the stay continue and that they provide the Court with a further status update by August 11, 2021.

                                              Sincerely,

                                              AUDREY STRAUSS
                                              United States Attorney for the
                                              Southern District of New York

Granted. SO ORDERED.

*[signature: Paul A. Engelmayer]*
───────────────────────────
PAUL A. ENGELMAYER
United States District Judge
6/11/2021