

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

August 9, 2021

<u>BY ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *D.J.C.V., et al. v. United States of America,* No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

      This Office represents the government in the above-captioned action. On June 11, 2021, the Court granted the parties' request to stay this action pending settlement discussions and directed the parties to file a status report by August 11, 2021. *See* Dkt. No. 96. The parties write to respectfully request that the stay be continued and that the parties be permitted to provide a further status update to the Court within 60 days. The continued stay is requested because the United States, along with a group of counsel who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters. Accordingly, the parties respectfully request that the stay continue and that they provide the Court with a further status update by October 12, 2021.

      Sincerely,

Granted. SO ORDERED.

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s Rebecca R. Friedman
ALEXANDER J. HOGAN
REBECCA R. FRIEDMAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2799/2614
E-mail: alexander.hogan@usdoj.gov
        rebecca.friedman@usdoj.gov

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
8/10/21