**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 13, 2021

BY ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *D.J.C.V., et al. v. United States of America*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

      This Office represents the government in the above-captioned action. On June 11, 2021, the Court granted the parties' request to stay this action pending settlement discussions and directed the parties to file a status report by December 13, 2021. *See* Dkt. No. 99. The parties write to respectfully request that the stay be continued and that the parties be permitted to provide a further status update to the Court within 40 days.

      Since the parties' last status update in October, the United States and the group of counsel coordinating negotiations on behalf of plaintiffs and claimants ("Coordinating Counsel") have continued to work diligently in an effort to resolve the many district court cases and administrative tort claims that have been filed by claimants across the country, arising from family separations at the United States/Mexico border that occurred during the prior administration. An agreement has not been reached. However, a further abeyance will allow the parties to continue focusing their efforts on attempting to resolve these matters. Accordingly, the parties jointly request that this action, including all proceedings and case deadlines, be held in abeyance for an additional 40 days. The parties, therefore, propose providing the Court with a further update on January 24, 2022. At that point, the parties hope that they will have further clarity on the likelihood of potentially resolving this matter or whether the stay must be lifted in order to allow litigation to commence.

      Accordingly, the parties respectfully request that the stay continue and that they provide the Court with a further status update by January 24, 2022.

Case 1:20-cv-05747-PAE   Document 102   Filed 12/13/21   Page 2 of 2
Case 1:20-cv-05747-PAE   Document 101   Filed 12/13/21   Page 2 of 2

Page 2 of 2

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s Alexander J. Hogan
ALEXANDER J. HOGAN
REBECCA R. FRIEDMAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2799/2614
E-mail: alexander.hogan@usdoj.gov
              rebecca.friedman@usdoj.gov

Granted. The parties are to submit a further joint status report explaining the progress of ongoing settlement negotiations or a discovery plan in line with the Court's prior orders by January 24, 2022. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
12/13/21