**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

By ECF                                                                                           April 6, 2022

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *D.J.C.V., et al. v. United States of America,* No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

      I have appeared on behalf of *amici curiae* Peggy Cooper Davis, Dorothy Roberts, Martha Minow and Lea VanderVelde in the above-captioned matter, along with other Covington & Burling LLP attorneys.  I am writing to request an order directing the Clerk to withdraw my appearance from the docket and to remove my name from the ECF distribution list associated with this matter.

      My departure as one of the counsel of record for *amici curiae* Peggy Cooper Davis, Dorothy Roberts, Martha Minow and Lea VanderVelde will not occasion any delay in this matter because they will continue to be represented by Covington & Burling LLP.

      I also certify that no retaining or charging liens have been asserted in connection with my withdrawal.

      I thank the Court for its attention to this request.

      Respectfully submitted,

      *s/ Bert Wells*

      Bert Wells

**COVINGTON**

cc (by ECF): all counsel of record