# COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  PALO ALTO
SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**By ECF**

April 6, 2022

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re:** *D.J.C.V., et al. v. United States of America*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

  I have appeared on behalf of *amici curiae* Peggy Cooper Davis, Dorothy Roberts, Martha Minow and Lea VanderVelde in the above-captioned matter, along with other Covington & Burling LLP attorneys. I am writing to request an order directing the Clerk to withdraw my appearance from the docket and to remove my name from the ECF distribution list associated with this matter.

  My departure as one of the counsel of record for *amici curiae* Peggy Cooper Davis, Dorothy Roberts, Martha Minow and Lea VanderVelde will not occasion any delay in this matter because they will continue to be represented by Covington & Burling LLP.

  I also certify that no retaining or charging liens have been asserted in connection with my withdrawal.

  I thank the Court for its attention to this request.

Respectfully submitted,

*s/ Bert Wells*

Bert Wells

**COVINGTON**

cc (by ECF): all counsel of record

Granted. The Clerk of the Court is directed to terminate Albert Wells as counsel of record. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
4/6/22