UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V., MINOR CHILD, AND G.C., HIS FATHER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 20-CV-5747 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kathryn Ball Narla is no longer associated with the firm Morgan, Lewis & Bockius LLP and no longer represents Plaintiffs D.J.C.V. and G.C in the above-captioned action. Ghita Schwarz of LatinoJustice PrIdef and Baher Azmy of Seton Hall Law School Center for Social Justice continue to represent Plaintiffs in the above-captioned action.

Dated: Philadelphia, Pennsylvania
May 6, 2022

Respectfully submitted,

*/s/ Kathryn Ball Narla*
Kathryn Ball Narla
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
+1.215.963.5000
+1.215.963.5001
kathryn.ball@morganlewis.com