1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412

JENNER & BLOCK LLP

June 16, 2022

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *D.J.C.V., et al. v. United States of America*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer,

I have appeared on behalf of *amici curiae* Dr. Beth Van Schaack, Dr. Daryn Reicherter, and Dr. Ryan Matlow in the above-captioned matter, along with other Jenner & Block LLP attorneys.  Effective July 2, 2022, I will no longer be employed by Jenner & Block LLP.  I am writing to request an order directing the Clerk to withdraw my appearance from the docket and to remove my name from the ECF distribution list associated with this matter.

My departure as one of the counsel for *amici curiae* Dr. Beth Van Schaack, Dr. Daryn Reicherter, and Dr. Ryan Matlow will not occasion any delay in this matter because they will continue to be represented by Jenner & Block LLP.

I also certify that no retaining or charging liens have been asserted in connection with my withdrawal.

I thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Corinne M. Smith*
Corinne M. Smith