UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V., minor child, and G.C., his Father,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:20-cv-5747 PAE<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, **Jonathan P. York**, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for **Plaintiffs, D.J.C.V., minor child, and G.C., his Father**, in the above-captioned action.

I am a member in good standing of the bar of the **District of Columbia** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit and Certificate of Good Standing pursuant to Local Rule 1.3.

Dated: July 20, 2022

Respectfully Submitted,

Applicant's Name: Jonathan P. York
D.C. Bar: 1657875
Firm Name: Morgan, Lewis & Bockius, LLP
Address: 1111 Pennsylvania Avenue, NW
City/State/Zip: Washington, DC 20004
Telephone/Fax: 202-739-5394 / 202-739-3001
Email: jonathan.york@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served on July 21, 2022 upon all counsel of record via CM/ECF.

_____
Jonathan P. York