UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| D.J.C.V., minor child, and G.C., his Father, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:20-cv-5747 PAE <br><br> **AFFIDAVIT OF JONATHAN P. YORK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, JONATHAN P. YORK, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am an associate attorney at the law firm of Morgan, Lewis & Bockius, LLP, 1111 Pennsylvania Avenue, NW, Washington, DC 20004.

2. Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this affidavit in support of my Motion for Admission Pro Hac Vice.

3. As shown in the attached certificate of good standing, I am a member in good standing of the bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me in any state or federal court.

WHEREFORE, it is respectfully requested that this Court enter an order that I, Jonathan P. York, be admitted to the bar of this Court to appear Pro Hac Vice on behalf of Plaintiffs, D.J.C.V., minor child, and G.C. his Father, in the above-captioned action.

Dated: July 20, 2022
       Washington, DC

Respectfully Submitted,



| | |
|---|---|
| Applicant's Name: | **Jonathan P. York** |
| | **D.C. Bar #: 1657875** |
| Firm Name: | **Morgan, Lewis & Bockius, LLP** |
| Address: | **1111 Pennsylvania Avenue, NW** |
| City/State/Zip: | **Washington, DC 20004** |
| Telephone/Fax: | **202-739-5394 / 202-739-3001** |
| Email: | **jonathan.york@morganlewis.com** |

DISTRICT OF COLUMBIA )
~~COUNTY OF~~ _____ ) to-wit:

Sworn to before me this 20th day of July 2022.
My commission expires: 02/14/2026

_____
Notary Public

2