UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V., minor child, and G.C., his Father,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:20-cv-5747 PAE<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF JONATHAN P. YORK** |

The motion of Jonathan P. York for admission to practice Pro Hac Vice in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

> Jonathan P. York
> MORGAN, LEWIS & BOCKIUS, LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC  20004
> **Telephone:** 202.739.5394
> **Facsimile:** 202.739.3001
> **Email:** jonathan.york@morganlewis.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs, D.J.C.V., minor child, and G.C., his Father, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice as counsel for Plaintiffs, D.J.C.V., minor child, and G.C., his Father, in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

2

**SO ORDERED.**

Dated: July __, 2022
      New York, New York

_____
Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE