UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V. and G.C.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant. | Case No. 20 Civ. 5747 (PAE) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel for Defendant in the above-captioned action because, as of November 11, 2022, I will no longer be employed by the United States Attorney's Office for the Southern District of New York. Defendant will continue to be represented in this action by Assistant United States Attorney Mollie Kornreich, who is also counsel of record in this matter.

Dated: November 10, 2022
       New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney of the
Southern District of New York

By:  /s/ Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
E-mail: rebecca.friedman@usdoj.gov