**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

D.J.C.V. and G.C.,

    Plaintiffs,

v.

UNITED STATES,

    Defendant.

---

Case No. 20 Civ. 5747 (PAE)

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel for Defendant in the above-captioned action because, as of November 11, 2022, I will no longer be employed by the United States Attorney's Office for the Southern District of New York. Defendant will continue to be represented in this action by Assistant United States Attorney Mollie Kornreich, who is also counsel of record in this matter.

Dated: November 10, 2022
    New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney of the
Southern District of New York

By:   /s/ Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
E-mail: rebecca.friedman@usdoj.gov

---

Upon the appearance of AUSA Kornreich, whom the docket reflects has not yet appeared, the Court will grant the requested withdrawal.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
November 15, 2022