# Morgan Lewis

> Granted. The Court directs the Clerk of the Court to seal dockets 147-4, 147-6, 147-7, and 147-8. SO ORDERED.
>
> *Paul A. Engelmayer*
> PAUL A. ENGELMAYER
> United States District Judge
> January 9, 2023

**Zane David Memeger**
Partner
+1.215.963.5750
zane.memeger@morganlewis.com

January 9, 2023

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *D.J.C.V., et al. v. United States of America*, No. 20-cv-5747 (PAE)

Dear Judge Engelmayer:

We represent the Plaintiffs in the above-captioned matter. Plaintiffs filed a Letter Motion addressing a discovery dispute between the parties on January 6, 2022. *See* Dkt. No. 147. Plaintiffs mistakenly included four exhibits, filed as Dkt. Nos. 147-4, 147-6, 147-7, and 147-8, that contain confidential information. Pursuant to Rule 21.7(a) in the Electronic Case Filing Rules and Instructions, Plaintiffs sent an emergency sealing request to the ECF Help Desk and sent email correspondence to your chambers on January 6 noting that the exhibits should have been filed under seal. Pursuant to Rule 21.7(b) in the Electronic Case Filing Rules and Instructions, Plaintiffs write to formally request that the above exhibits be sealed.

We thank the Court for its attention to this matter.

Sincerely,

/s/ Zane D. Memeger

Zane David Memeger

cc: All counsel (via ECF)

ZDM/emp

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921          T +1.215.963.5000
United States                                        F +1.215.963.5001