

January 26, 2023

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **_D.J.C.V., et al. v. United States of America_, No. 20-cv-5747 (PAE)**
    **Unopposed Letter Motion to Seal**

Dear Judge Engelmayer:

In response to the Government's motion to reconsider the Court's January 13, 2023 discovery order (ECF No. 152), Plaintiffs have filed a response on the public electronic court filing system (ECF No. 155). That letter and exhibits are redacted for information that the Government has designated confidential pursuant to the protective order in this case. (ECF No. 112). Plaintiffs respectfully request that the Court permit filing of an unredacted letter and five exhibits under seal. The Government does not oppose this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Meena Roldán Oberdick

Cc: Counsel of Record

Granted. SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
January 27, 2023



LATINOJUSTICE PRLDEF 475 Riverside Drive, Suite 1901, New York NY 10115 | D: 212.219.3360 | G: 800.328.2322
New York, NY | Orlando, FL | Central Islip, NY
latinojustice.org