UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

D.J.C.V., a minor child, and G.C., his father,

                        Plaintiffs,

-v-

UNITED STATES OF AMERICA,

                        Defendant.

20 Civ. 5747 (PAE)

ORDER

------

PAUL A. ENGELMAYER, District Judge:

The Court held a pre-motion conference today in the above-captioned case at which it, *inter alia*, confirmed the current schedule for the parties' anticipated summary judgment motions. *See* Dkt. 163. For the reasons stated in the transcript of the conference, any amicus briefs are likewise due April 27, 2023. The Court will issue an order scheduling oral argument separately, after determining a date and time mutually convenient for all participants.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: March 27, 2023
         New York, New York