UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.J.C.V., a minor child, and G.C., his father,

                              Plaintiffs,

          -v-

UNITED STATES OF AMERICA,

                              Defendant.

20 Civ. 5747 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument in the above-captioned case for June 6, 2023 at 2:30 p.m. at Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. This argument will be open to the public.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: March 28, 2023
       New York, New York