# Morgan Lewis

**Zane David Memeger**
Partner
+1.215.963.5750
zane.memeger@morganlewis.com

June 23, 2023

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **D.J.C.V., et. al. v. United States of America, No. 20-cv-5747 (PAE)**
      **Unopposed Letter Motion to File Plaintiffs' Response Brief and Accompanying Materials Under Seal**

Dear Judge Engelmayer:

We represent the Plaintiffs in the above-captioned matter. In accordance with the Court's May 16, 2023, order (Dkt. 180), Plaintiffs are filing an unredacted version of their response brief to the government's memorandum of law in support of its motion to dismiss (Dkts. 208; 216) along with an attorney declaration with six accompanying exhibits. Consistent with the protective order in this matter (Dkt. 112) and pursuant to Rule 4.B.2 of the Court's Individual Rules and Practices in Civil Cases, Plaintiffs respectfully request that the unredacted version of their response brief, the attorney declaration and accompanying exhibits be filed under seal. The government does not oppose this request.

The attorney declaration references two documents produced by the government during discovery. These two exhibits have been designated as confidential by the government and also contain Plaintiffs' confidential information, including information protected by Federal Rule of Civil Procedure 5.2(a). The attorney declaration also references excerpts from two deposition transcripts from this matter. The government has designated portions of this testimony as confidential, and Plaintiffs directly quote testimony that has been designated as confidential in their response brief. Therefore, the attorney declaration, the four exhibits and the quote cited in Plaintiffs' brief all include information designated as confidential pursuant to the protective order. For this reason, Plaintiffs respectfully request that the Court allow them to file their unredacted response brief and accompanying materials under seal.

Plaintiffs are filing redacted version of the response brief and the accompanying materials for the public docket that will accompany the unredacted versions.

We thank the Court for its attention to this matter.

Sincerely,

/s/ Zane D. Memeger

Zane David Memeger

Cc:  All Counsel of Record (via ECF and email)

Granted. The Court accepts the Plaintiffs' unredacted brief and supporting exhibit as filed under seal, and the redacted versions as filed publicly on the docket of the above-captioned case. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
June 26, 2023

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921        ☎ +1.215.963.5000
United States                        📠 +1.215.963.5001