UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.J.C.V., a minor child, and G.C., his father,

                                Plaintiffs,

-v-

UNITED STATES OF AMERICA,

                                Defendant.

20 Civ. 5747 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In advance of the conference scheduled for July 6, 2023 in this case, the Court has received counsel's request by an email to chambers for a phone line by which to audit the conference. To the extent that additional counsel or members of the public may wish to audit the conference, they should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

For avoidance of doubt, this conference will be held in-person, and all counsel who intend to speak should appear in person. Persons attending telephonically will not be permitted to participate.

SO ORDERED.

                                                     *Paul A. Engelmayer*

                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: June 30, 2023
       New York, New York