

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

<small>86 Chambers Street
New York, New York 10007</small>

July 2, 2023

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *D.J.C.V., et al. v. United States of America,* No. 20 Civ. 5747 (PAE)

Dear Judge Engelmayer:

      This Office represents defendant United States of America (the "Government") in the above-referenced action brought under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. On June 2, 2023, the Court granted the Government's request to file unredacted versions of certain documents under seal, including a Declaration of Robert Guadian dated June 1, 2023 (the "Guadian Declaration") and its supporting exhibits. (ECF No. 195.) The Government filed a redacted version of the Guadian Declaration and its exhibits on the public docket. (*See* ECF No. 212.) It has now come to the Government's attention that certain personal information pertaining to plaintiff G.C. was inadvertently left unredacted in the publicly available versions of Exhibits I and K to the Guadian Declaration. (ECF Nos. 212-9, 212-11). The Government respectfully requests that these documents, ECF Nos. 212-9 and 212-11, be sealed. The Government is refiling the Guadian Declaration and its accompanying exhibits with this letter, and respectfully requests that the Court permit it to file the version with revised redactions on the public docket and the unredacted version (with transparent highlighting reflecting the revised redactions) under seal. The new redacted version also removes stray redactions that were inadvertently included on ECF No. 212-7.

      We apologize for any confusion and thank the Court for its attention to these matters.

                                                  Respectfully,

Granted. SO ORDERED.

                                                  DAMIAN WILLIAMS
                                                  United States Attorney

                            By:    */s/ Mollie Kornreich*
                                     MOLLIE KORNREICH
                                     CARLY WEINREB
                                     Assistant United States Attorneys
                                     86 Chambers Street, Third Floor
                                     New York, New York 10007
                                     Tel.: (212) 637-3274/2769

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
July 5, 2023