UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.J.C.V. et al.,

                          Plaintiffs,

-against-

United States of America,

                          Defendant.

1:20-cv-05747 (PAE) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, December 13, 2023, at 10:00 a.m. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, except that the deadline for the parties to file their pre-settlement conference letters is extended until December 8, 2023.

**SO ORDERED.**

Dated:      New York, New York
              December 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge