

[Type text]

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 22, 2023

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *D.J.C.V., et al. v. United States of America,* No. 20 Civ. 5747 (PAE)

Dear Judge Engelmayer:

    This Office represents defendant the United States of America (the "Government") in the above-referenced action. On November 30, 2023, the Court referred the case for assignment to a Magistrate Judge for a settlement conference. (ECF No. 255.) A settlement conference was held before Magistrate Judge Aaron on December 13, 2023. The parties now write respectfully to inform the Court that on December 21, 2023, the parties reached a settlement in principle, subject to any necessary Court or final Department of Justice approvals of the settlement, including those relating to one of the plaintiffs being a minor. If it is acceptable to the Court, counsel will meet and confer next week regarding the details of finalizing the settlement agreement and will file a proposed stipulation, or propose interim procedures toward a final stipulation, as soon as possible.

    We thank the Court for its attention to this matter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Mollie Kornreich*
    MOLLIE KORNREICH
    CARLY WEINREB
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-3274/2769

The Court appreciates this notification and awaits receipt of the proposed stipulation.

*[signature: Paul A. Engelmayer]*

**PAUL A. ENGELMAYER**
**United States District Judge**
January 2, 2024