# Morgan Lewis

**Zane David Memeger**
Partner
+1.215.963.5750
zane.memeger@morganlewis.com

March 7, 2024

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **D.J.C.V., et. al. v. United States of America, No. 20-cv-5747 (PAE)**

Dear Judge Engelmayer:

We represent the Plaintiffs in the above-captioned matter. In advance of the status conference scheduled for March 11, 2024, Plaintiffs write respectfully on behalf of the parties to provide the Court with a status update.

On December 21, 2023, the parties reached a settlement in principle that resolves all claims in this action. As noted in the parties' last status update (ECF No. 262), the parties have been working through certain issues and approvals in order to finalize the settlement, specifically the infant compromise order ("ICO"). Plaintiffs' counsel has arranged for a nonprofit to create a minor trust in Texas that will accept the settlement funds on behalf of D.J.C.V. once the settlement agreement is finalized and approved. The parties have also recently exchanged drafts of the settlement stipulation and related ICO papers and are currently reviewing and discussing them.

In light of the current status, counsel respectfully request that the March 11, 2024, status conference be rescheduled to a date on or after April 1, 2024. Rescheduling the status conference will allow the parties to finalize and file the ICO papers prior to the conference. Counsel remain available, however, to appear on March 11 to discuss the settlement process and provide any additional information.

We thank the Court for its attention to this matter.

Sincerely,

/s/ Zane D. Memeger

Zane David Memeger

Cc: All Counsel of Record (via ECF and email)

The Court appreciates the status update. The Court hereby reschedules the telephonic conference to April 2, 2024 at 3 p.m. If this new time does not work, the Court directs counsel to file a letter with proposed times for later that day or proposed dates and times for later that week.

_____
PAUL A. ENGELMAYER
United States District Judge
March 7, 2024

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921
United States

☎ +1.215.963.5000
✆ +1.215.963.5001