UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.J.C.V., minor child, and G.C., his father,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES of AMERICA,<br><br>Defendant. | No. 1:20-cv-05747 (PAE) |

## DECLARATION OF PLAINTIFF G.C. IN SUPPORT OF APPLICATION TO APPROVE SETTLEMENT PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL CIVIL RULE 83.2

I, G.C., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the father and guardian of D.J.C.V., the infant plaintiff, who is presently seven (7) years old.

2. The infant plaintiff D.J.C.V. resides with me in Austin, Texas.

3. This action involves the injuries my minor son and I claim to have sustained as a result of our forcible separation by the United States between May and October 2018. I retained the law firm of Morgan Lewis & Bockius and the Center for Constitutional Rights in a habeas corpus action to reunify me with my son in 2018. After our reunification, I retained the law firms Morgan Lewis & Bockius LLP, the Center for Constitutional Rights, and later, LatinoJustice PRLDEF, to represent me and my son in the Federal Tort Claims Act case in connection with our separation.

4. In December 2023, I participated in settlement discussions before Magistrate Judge Stewart Aaron. Ultimately, the parties reached an agreement to settle this action for a

total cost of $65,000.00, to be paid to my son and me by the United States of America. Exhibit A, Proposed Settlement Agreement.

5. I was advised of the settlement offer and consented to accept it on behalf of myself and my minor son. I was also advised that my attorneys are waiving and releasing all claims for attorney's fees and will collect no fee from the settlement amount for the work they have performed in this case.

6. This application is being made for permission to settle and compromise all causes of action against defendant United States of America. Specifically, I request that the settlement amount of $65,000 be apportioned between myself and my minor son as follows: I, G.C., shall receive the amount of $32,500 in settlement of all monetary claims against the United States; and my son, D.J.C.V., a minor, shall receive the amount of $32,500 in settlement of his monetary claims against the United States.

7. I have no interests adverse to my son, D.J.C.V.

8. No previous application has been made to any court or judge for the relief sought herein.

**WHEREFORE**, it is respectfully requested that the within application be granted in all respects, that the Court consent to and approve the settlement, and provide for payment as detailed herein.

**RESPECTFULLY SUBMITTED** this April 1, 2024.

*G C*
―――――――――――――――
G.C. *

\* G.C. is proceeding anonymously in this case, and a separate signed declaration verifying his identity for the purpose of this declaration is being provided to the Court under seal.