UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.J.C.V. & G.C.,

                            Plaintiffs,

         -v-

UNITED STATES,

                            Defendant.

20 Civ. 5747 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's telephonic conference, the Court directed the parties to submit revised submissions in support of their proposed settlement agreement. If the parties have not done so by April 30, 2024, they are to file instead a joint letter with a status update.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: April 3, 2024
       New York, New York