

Hon. Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

April 17, 2024

Re:   **_D.J.C.V., et al. v. United States of America_, No. 20-cv-5747 (PAE)**  
       **Unopposed Letter Motion to Seal**

Dear Judge Engelmayer:

We represent Plaintiffs in the above-captioned manner. Plaintiffs have filed an application seeking the Court's approval of a Settlement on Behalf of a Minor on the court's public filing system (ECF Nos. 273-275). That proposed settlement and its corresponding exhibits are redacted to protect Plaintiffs' identities, which have remained confidential throughout the entirety of this litigation. Plaintiffs respectfully request that the Court permit filing of the settlement approval application and corresponding exhibits under seal. The Government does not oppose this request.

Thank you for your consideration of this matter.

                                                Respectfully submitted,

                                                /s/  
                                                Meena Roldán Oberdick

Cc: Counsel of Record

GRANTED.

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge  
April 22, 2024



**LATINOJUSTICE PRLDEF** 475 Riverside Drive, Suite 1901, New York NY 10115 | D: 212.219.3360 | G: 800.328.2322  
New York, NY | Orlando, FL | Central Islip, NY  
latinojustice.org