UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.J.C.V., minor child, and G.C., his father,

Plaintiffs,

v.

UNITED STATES of AMERICA,

Defendant.

No. 20-cv-05747 (PAE)

---

### ORDER OF DISMISSAL

WHEREAS, the parties to the above-captioned action have stipulated to settle and release, with prejudice, all claims in this action;

WHEREAS, the complete and precise terms and conditions of the parties' settlement agreement are set forth in the Stipulation for Compromise Settlement and Release (the "Stipulation"), attached as Exhibit 1 (with redactions to protect the identities of the plaintiffs);

WHEREAS, on May 8, 2024, the Court issued an Order Approving Settlement on Behalf of a Minor, ECF No. 280 (under seal);

IT IS HEREBY ORDERED that this case is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and fees.

IT IS FURTHER ORDERED that this Court does not retain jurisdiction over this action, the Stipulation, or the United States.

1

SO ORDERED:

_____
HON. PAUL ENGELMAYER
United States District Judge

Dated:     July 9, 2024